FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

SEP 15 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| DAVID TOMASELLO,<br><br>        Plaintiff - Appellant,<br><br> v.<br><br>STATE OF ARIZONA; et al.,<br><br>        Defendants - Appellees. | No. 14-16322<br><br>D.C. No. 2:14-cv-00029-NVW<br>District of Arizona,<br>Phoenix<br><br><br>ORDER |

Appellant's September 9, 2014 filing is construed as a motion for reconsideration of this court's August 21, 2014 order. So construed, the motion is denied as untimely. *See* 9th Cir. R. 27-10 (motion for reconsideration must be filed within 14 days).

Briefing remains stayed.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT


By: Monica Fernandez
Motions Attorney/Deputy Clerk

MF/Pro Se